PHILLIPS PHŒNIX et al., Individually and as Executors of and Trustees under the Will of STEPHEN WHITNEY PHŒNIX, Deceased, Respondents, *v.* THE TRUSTEES OF COLUMBIA COLLEGE IN THE CITY OF NEW YORK et al., Respondents, and GEORGE HENRY WARREN et al., Appellants.

*Phœnix v. Trustees of Columbia College,* 87 App. Div. 438, affirmed.

(Argued October 24, 1904; decided November 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 16, 1903, which affirmed a judgment construing the will of Stephen W. Phœnix, deceased, and settling the accounts of his executors and trustees, entered upon the report of a referee.

*William B. Hornblower, Charles A. Boston, Frederick Allis, G. S. Buck, Henry A. Forster, John A. Weekes* and *Arthur D. Weekes* for appellants.

*Charles L. Jones* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ.